Exhibit A

Lynch Trembicki + Boynton
63 Cherry St
Milford, CT 06460

VOL: 6888 PG: 76
Inst: 3429

# MECHANIC'S LIEN

KNOW YE, That **ALL ELECTRIC CONSTRUCTION & COMMUNICATION, LLC** herein referred to as Lien Claimant does hereby certify that in accordance with a certain contract between **ALL ELECTRIC CONSTRUCTION & COMMUNICATION, LLC** and **FRANCHISE CONTRACTORS, LLC** furnished materials and rendered services in the building and appurtenances of real property and improvements owned by **111 WP GREENWICH ASSOCIATES, LLC** and situated in the Town of Greenwich, County of Fairfield, State of Connecticut or a lot of land belonging to said **111 WP GREENWICH ASSOCIATES, LLC,** known as **111 WEST PUTNAM AVENUE, GREENWICH, CONNECTICUT** and more fully described on Schedule "A" and the Notice attached hereto.

The value of the unpaid materials and services so furnished and rendered amounts to the sum of **SEVENTY-FOUR THOUSAND FIVE HUNDRED AND EIGHTY-THREE AND 75/100 ($74,583.75) DOLLARS**, as nearly the same can be ascertained, which sum with interest from **MARCH 4, 2015**, is now justly due from **FRANCHISE CONTRACTORS, LLC** to Lien Claimant.

Lien Claimant commenced to furnish materials and render services on or about **JUNE 2, 2014** and ceased furnishing such materials and rendered such services on or about **MARCH 4, 2015.**

On or about April 29th 2015 the following Notice in writing was given to said **FRANCHISE CONTRACTORS, LLC, JP MORGAN CHASE BANK, NATIONAL ASSOCIATION** and **111 WP GREENWICH ASSOCIATES, LLC** in the words and figures following, to wit:

**TO: FRANCHISE CONTRACTORS, LLC**
**JP MORGAN CHASE, NATIONAL ASSOC.**
**111 WP GREENWICH ASSOCIATES, LLC**

TAKE NOTICE that on or about **JUNE 2, 2014**, the undersigned commenced to furnish materials or render services for the construction, raising, removal or repairing of the building(s) on a lot of land owned by you, or the improvement of such lot or in the site development or subdivision or such lot or plot of land, situated in the Town of Greenwich, County of Fairfield State of Connecticut, known as **111 WEST PUTNAM AVENUE, GREENWICH, CONNECTICUT** more particularly bounded and described as shown on Schedule "A" attached hereto.

TAKE FURTHER NOTICE THAT THE UNDERSIGNED INTENDS TO CLAIM A MECHANIC'S LIEN THEREFORE on said land(s), lot or plot of land and building(s).

Dated at Milford, Connecticut on this 29th day of April, 2015.

ALL ELECTRIC CONSTRUCTION
& COMMUNICATION, LLC
190 B Buckingham Avenue
Milford, CT 06460

BY: ____________________
PAT LEWIS
Its Manager

The Notice was duly served upon said **FRANCHISE CONTRACTORS, LLC, JP MORGAN CHASE BANK, NATIONAL ASSOCIATION** and **111 WP GREENWICH ASSOCIATES, LLC** as required by C.G.S. Section 49-34 as amended.

WHEREFORE, Lien Claimant now by these presents claims a lien on said building(s) and the land(s) on which the building(s) stand(s), as security for the payment in full of the aforesaid sum with interest, and to this end the Lien Claimant now makes and lodges with the Town Clerk of the Town in which said building(s) and land(s) are situated this certificate within ninety days from the date of ceasing to render such services and furnish such materials.

IN WITNESS WHEREOF, Lien Claimant **ALL ELECTRIC CONSTRUCTION & COMMUNICATION, LLC** has hereunto set his hand this 29 day of April, 2015.

ALL ELECTRIC CONSTRUCTION
& COMMUNICATION, LLC
190 B Buckingham Avenue
Milford, CT 06460

BY:____________________
PAT LEWIS
Its Manager

STATE OF CONNECTICUT :
: ss: MILFORD APRIL 29, 2015
COUNTY OF NEW HAVEN :

Personally appeared **PAT LEWIS,** Manager of **ALL ELECTRIC CONSTRUCTION & COMMUNICATION, LLC,** signer of the foregoing certificate and made solemn oath that the facts stated therein are true, and that the said sum of **SEVENTY-FOUR THOUSAND FIVE HUNDRED AND EIGHTY-THREE AND 75/100 ($74,583.75) DOLLARS,** as nearly as the same can be ascertained, with interest, is justly due before me.

____________________
MICHAEL P. LYNCH
Commissioner of the Superior Court

SCHEDULE A

VOL: 6888 PG: 79
Inst: 3429

## LEGAL DESCRIPTION

Site Number: 3-1829
111 West Putnam Avenue
Greenwich, Connecticut

Situate in the Town of Greenwich, County of Fairfield, State of Connecticut, all that certain tract of land, with the buildings thereon, bounded and described as follows: Beginning a the point formed by the intersection of the westerly line of Dearfield Drive with the northerly line of West Putnam Avenue, and running thence westerly along the northerly line of West Putnam Avenue South 47° 10' West 164.3 feet and South 50° 41' West 38.6 feet, thence along land of the Trust Estate of James Maher North 29° 06' West 151.97 feet, thence through the land now or formerly of Emily G. Walsh, William J. Buckley and Henry B. White, executors of the last will and testament of James F. Walsh North 47° 10' East 212.04 feet to the westerly line of Dearfield Drive, thence southerly along the westerly line of Dearfield Drive South 26° 02' East 156.69 feet to the point of beginning.

Together with all right title and interest in and to Dearfield Avenue (a/k/a Dearfield Drive) and West Putnam Avenue.

RECEIVED FOR RECORD
May 01,2015 02:15:07P
CARMELLA C. BUDKINS
TOWN CLERK
GREENWICH, CT

Exhibit B

LAMPERT TOOHEY + RUCCI
46 MAIN ST
NEW CANAAN, CT
06840

VOL: 6839 PG: 335
Inst: 265

# CERTIFICATE OF MECHANIC'S LIEN

THIS IS TO CERTIFY THAT AMEC COMMERCIAL, LLC, having a principal place of business at 145 Main Avenue, Norwalk, CT 06851 and its successors and assigns, in accordance with a contract between the said AMEC COMMERCIAL, LLC and FRANCHISE CONTRACTORS, LLC 45 Knollwood Road, Elmsford, NY 10523 for the benefit of 111 WP GREENWICH ASSOCIATES, LLC, 111 West Putnam Avenue, Greenwich, CT 06831 files this MECHANIC'S LIEN under the Statutes in such cases made and provided, on the following described premises and to the buildings standing thereon, to the amount of SEVENTY EIGHT THOUSAND NINE HUNDRED AND EIGHTY THREE AND 60/100 ($78,983.60) DOLLARS as nearly as the same can be ascertained.

THE LIEN is for services rendered and materials furnished including, but not limited to, excavation and construction work commencing on or about December 20, 2013 and ceasing on or about October 17, 2014.

THE SAID PREMISES are known as 111 West Putnam Avenue, Greenwich, CT 06831 and are located in the City of Greenwich, County of Fairfield and State of Connecticut, the fee ownership of which is currently recorded in the name of 111 WP Greenwich Associates, LLC. Said premises are further bounded and described as follows:

See Schedule A attached hereto.

Being property deeded to111 WP Greenwich Associates, LLC by deed recorded in Volume 6210 Page 94 of the City of Greenwich Land Records and more commonly known as 111 West Putnam Avenue, Greenwich, CT 06831.

This lien is being claimed against the interest of 111 WP Greenwich Associates, LLC in the above-described property.

THIS CERTIFICATE is made and filed within ninety (90) days from the time of ceasing to render services and furnish materials as aforesaid.

The amount claimed is justly due, as nearly as the same can be ascertained. I hereby subscribe and make solemn sworn oath to the truth of the facts contained in this Certificate of Mechanic's Lien.

I hereby certify that this is a true copy of the original document received for record in the Office of The Town Clerk Town of Greenwich

On JAN 13 2015 At 12:47pm

ATTEST: Town Clerk

IN WITNESS WHEREOF, AMEC COMMERCIAL, LLC has hereunto set its hand and seal on this 12TH day of January, 2015.

Witnessed:

AMEC COMMERCIAL LLC

By: ______________________
Guy Mazzola, Member

State of Connecticut )
)ss: New Canaan January 12, 2015
County of Fairfield )

Personally appeared Guy Mazzola, Member, AMEC COMMERCIAL, LLC, the signer of the foregoing certificate, and made solemn oath to the truth of the same and that the amount above-named is justly due to the said AMEC COMMERCIAL, LLC as nearly as the same can be ascertained, before me.

Commissioner of Superior Court
Notary Public

STEFANIA IANNONE
NOTARY PUBLIC OF CONNECTICUT
ID#163827
MY COMMISSION EXPIRES 3/31/2018

VOL: 6839 PG: 337
Inst: 265

## SCHEDULE A

## LEGAL DESCRIPTION

Site Number: 3-1829
111 West Putnam Avenue
Greenwich, Connecticut

Situate in the Town of Greenwich, County of Fairfield, State of Connecticut, all that certain tract of land, with the buildings thereon, bounded and described as follows: Beginning a the point formed by the intersection of the westerly line of Dearfield Drive with the northerly line of West Putnam Avenue, and running thence westerly along the northerly line of West Putnam Avenue South 47° 10' West 164.3 feet and South 50° 41' West 38.6 feet, thence along land of the Trust Estate of James Maher North 29° 06' West 151.97 feet, thence through the land now or formerly of Emily G. Walsh, William J. Buckley and Henry B. White, executors of the last will and testament of James F. Walsh North 47° 10' East 212.04 feet to the westerly line of Dearfield Drive, thence southerly along the westerly line of Dearfield Drive South 26° 02' East 156.69 feet to the point of beginning.

Together with all right title and interest in and to Dearfield Avenue (a/k/a Dearfield Drive) and West Putnam Avenue.

RECEIVED FOR RECORD
Jan 13,2015 12:42:31P
CARMELLA C. BUDKINS
TOWN CLERK
GREENWICH, CT

STATE OF CONNECTICUT

ss: Greenwich

COUNTY OF FAIRFIELD 1/13/2015

Then and there by virtue of the original Notice of Intent to File Mechanic's Lien

I made service upon the within named Defendant(s):
111 WP GREENWICH ASSOCIATES, LLC
FRANCHISE CONTRACTOR, LLC

And afterwards, on January 13, 2015, I made service on 111 WP GREENWICH ASSOCIATES, LLC by leaving a true and attested copy of the original Notice of Intent to File Mechanic's Lien, with my doings thereon endorsed, in the hands of Arthur Hooper, Esq., registered agent for 111 WP GREENWICH ASSOCIATES, LLC, at 1720 Post Road, Fairfield, CT.

And afterwards, on January 13, 2015, I made service on FRANCHISE CONTRACTORS, LLC by mailing a true and attested copy of the original Notice of Intent to File Mechanic's Lien, with my doings thereon endorsed, certified mail, return receipt requested bearing PO#70140510000056469855 to 45 Knollwood Rd, Elmsford, NY 10523.

The within and foregoing is the original Notice of Intent to File Mechanic's Lien, with my doings thereon endorsed.

Fees:

| | | |
|---|---|---|
| Service : | $ | 80.00 |
| Copies: | $ | 4.00 |
| Travel: | $ | N/A |
| Endorsements | $ | 1.20 |
| TOTAL: | $ | 85.20 |

ATTEST:

Alan M. Freedman
Connecticut State Marshal

**NOTICE OF INTENT TO CLAIM MECHANIC'S LIEN**

TO: 111 WP Greenwich Associates, LLC
C/O Ceruzzi Properties
1720 Post Road
Fairfield, CT 06824

Franchise Contractors LLC
45 Knollwood Road
Elmsford, NY 10523

TAKE NOTICE that AMEC COMMERCIAL, LLC, having a principal place of business at 145 Main Street, Norwalk, Connecticut 06851, on or about December 20, 2013, commenced to furnish materials or render services based upon a contract with FRANCHISE CONTRACTORS, LLC on behalf of the current owner of premises 111 WP GREENWICH ASSOCIATES, LLC, situated in the City of Greenwich, County of Fairfield and State of Connecticut, known as 111 West Putnam Avenue, Greenwich, CT 06831 and bounded and described as follows:

SEE SCHEDULE A ATTACHED HERETO.

Being property deeded to 111 WP Greenwich Associates, LLC, by deed recorded in Volume 6210 Page 94 of the City of Greenwich Land Records and more commonly known as 111 West Putnam Avenue, Greenwich, CT 06831.

TAKE FURTHER NOTICE THAT AMEC COMMERCIAL, LLC INTENDS TO CLAIM A MECHANIC'S LIEN THEREFOR on said property and building(s) in the amount of SEVENTY EIGHT THOUSAND NINE HUNDRED AND EIGHTY THREE AND 60/100 ($78,983.60) DOLLARS.

Dated at New Canaan, Connecticut, this 12th day of January, 2015.

AMEC COMMERCIAL, LLC

By:______________________________
Guy Mazzola, Member

## SCHEDULE A

## LEGAL DESCRIPTION

Site Number: 3-1829
111 West Putnam Avenue
Greenwich, Connecticut

Situate in the Town of Greenwich, County of Fairfield, State of Connecticut, all that certain tract of land, with the buildings thereon, bounded and described as follows: Beginning a the point formed by the intersection of the westerly line of Dearfield Drive with the northerly line of West Putnam Avenue, and running thence westerly along the northerly line of West Putnam Avenue South 47° 10' West 164.3 feet and South 50° 41' West 38.6 feet, thence along land of the Trust Estate of James Maher North 29° 06' West 151.97 feet, thence through the land now or formerly of Emily G. Walsh, William J. Buckley and Henry B. White, executors of the last will and testament of James F. Walsh North 47° 10' East 212.04 feet to the westerly line of Dearfield Drive, thence southerly along the westerly line of Dearfield Drive South 26° 02' East 156.69 feet to the point of beginning.

Together with all right title and interest in and to Dearfield Avenue (a/k/a Dearfield Drive) and West Putnam Avenue.

Exhibit C

Lynch Trembicki + Boynton
63 Cherry ST
Milford CT 06460

VOL: 6888 PG: 80
Inst: 3430

# MECHANIC'S LIEN

KNOW YE, That **ASCAPE LANDSCAPE & CONSTRUCTION CORP.** herein referred to as Lien Claimant does hereby certify that in accordance with a certain contract between **ASCAPE LANDSCAPE & CONSTRUCTION CORP.** and **FRANCHISE CONTRACTORS, LLC** furnished materials and rendered services in the building and appurtenances of real property and improvements owned by **111 WP GREENWICH ASSOCIATES, LLC** and situated in the Town of Greenwich, County of Fairfield, State of Connecticut or a lot of land belonging to said **111 WP GREENWICH ASSOCIATES, LLC,** known as **111 WEST PUTNAM AVENUE, GREENWICH, CONNECTICUT** and more fully described on Schedule "A" and the Notice attached hereto.

The value of the unpaid materials and services so furnished and rendered amounts to the sum of **FORTY-FIVE THOUSAND EIGHT HUNDRED AND SEVENTEEN ($45,817.00) DOLLARS**, as nearly the same can be ascertained, which sum with interest from **MARCH 9, 2015**, is now justly due from **FRANCHISE CONTRACTORS, LLC** to Lien Claimant.

Lien Claimant commenced to furnish materials and render services on or about **OCTOBER 10, 2014** and ceased furnishing such materials and rendered such services on or about **MARCH 9, 2015.**

On or about April 28, 2015 the following Notice in writing was given to said **FRANCHISE CONTRACTORS, LLC, JP MORGAN CHASE BANK, NATIONAL ASSOCIATION** and **111 WP GREENWICH ASSOCIATES, LLC** in the words and figures following, to wit:

VOL: 6888 PG: 81
Inst: 3430

**TO: FRANCHISE CONTRACTORS, LLC**
**JP MORGAN CHASE, NATIONAL ASSOC.**
**111 WP GREENWICH ASSOCIATES, LLC**

TAKE NOTICE that on or about **OCTOBER 10, 2014**, the undersigned commenced to furnish materials or render services for the construction, raising, removal or repairing of the building(s) on a lot of land owned by you, or the improvement of such lot or in the site development or subdivision or such lot or plot of land, situated in the Town of Greenwich, County of Fairfield State of Connecticut, known as **111 WEST PUTNAM AVENUE, GREENWICH, CONNECTICUT** more particularly bounded and described as shown on Schedule "A" attached hereto.

TAKE FURTHER NOTICE THAT THE UNDERSIGNED INTENDS TO CLAIM A MECHANIC'S LIEN THEREFORE on said land(s), lot or plot of land and building(s).

Dated at Blauvelt, New York on this 28th day of April, 2015.

ASCAPE LANDSCAPE &
CONSTRUCTION CORP.
634 Route 303
Blauvelt, NY 10913

BY: ______________________
STUART CHAITIN
Its President

The Notice was duly served upon said **FRANCHISE CONTRACTORS, LLC, JP MORGAN CHASE BANK, NATIONAL ASSOCIATION** and **111 WP GREENWICH ASSOCIATES, LLC** as required by C.G.S. Section 49-34 as amended.

WHEREFORE, Lien Claimant now by these presents claims a lien on said building(s) and the land(s) on which the building(s) stand(s), as security for the payment in full of the aforesaid sum with interest, and to this end the Lien Claimant now makes and lodges with the Town Clerk of the Town in which said building(s) and land(s) are situated this certificate within ninety days from the date of ceasing to render such services and furnish such materials.

IN WITNESS WHEREOF, Lien Claimant **ASCAPE LANDSCAPE & CONSTRUCTION CORP.** has hereunto set his hand this 28th day of April, 2015.

LIEN CLAIMANT
ASCAPE LANDSCAPE &
CONSTRUCTION CORP.
634 Route 303
Blauvelt, NY 10913

BY: ______________________
STUART CHAITIN
Its President

| | | | |
|---|---|---|---|
| STATE OF NEW YORK | : | | |
| | : | ss: ORANGETOWN | APRIL 28, 2015 |
| COUNTY OF ROCKLAND | : | | |

Personally appeared **STUART CHAITIN,** President of **ASCAPE LANDSCAPE & CONSTRUCTION CORP.,** signer of the foregoing certificate and made solemn oath that the facts stated therein are true, and that the said sum of **FORTY-FIVE THOUSAND EIGHT HUNDRED AND SEVENTEEN ($45,817.00) DOLLARS,** as nearly as the same can be ascertained, with interest, is justly due before me.

______________________
Notary Public

JODI TOWNSEND
Notary Public, State of New York
Registration #01TO6084848
Qualified In Dutchess County
Commission Expires Dec. 16, 2018

SCHEDULE A

VOL: 6888 PG: 83
Inst: 3430

# LEGAL DESCRIPTION

Site Number: 3-1829
111 West Putnam Avenue
Greenwich, Connecticut

Situate in the Town of Greenwich, County of Fairfield, State of Connecticut, all that certain tract of land, with the buildings thereon, bounded and described as follows: Beginning a the point formed by the intersection of the westerly line of Dearfield Drive with the northerly line of West Putnam Avenue, and running thence westerly along the northerly line of West Putnam Avenue South 47° 10' West 164.3 feet and South 50° 41' West 38.6 feet, thence along land of the Trust Estate of James Maher North 29° 06' West 151.97 feet, thence through the land now or formerly of Emily G. Walsh, William J. Buckley and Henry B. White, executors of the last will and testament of James F. Walsh North 47° 10' East 212.04 feet to the westerly line of Dearfield Drive, thence southerly along the westerly line of Dearfield Drive South 26° 02' East 156.69 feet to the point of beginning.

Together with all right title and interest in and to Dearfield Avenue (a/k/a Dearfield Drive) and West Putnam Avenue.

RECEIVED FOR RECORD
May 01,2015 02:15:23P
CARMELLA C. BUDKINS
TOWN CLERK
GREENWICH, CT

Exhibit D

## NOTICE OF INTENT TO FILE MECHANIC'S LIEN

VOL: 6860 PG: 111
Inst: 1674

TO:

Franchise Contractors, LLC
45 Knollwood Road
Elmsford, New York 10523
**(Via Certified Mail**
**Article No. 7014 2870 0002 1378 1359)**

111 WP Greenwich Associates, LLC
1720 Post Road
Fairfield, Connecticut 06824
**(Via Certified Mail**
**Article No. 7014 2870 0002 1378 1366)**

**PLEASE TAKE NOTICE,** that commencing on or about August 29, 2013, and with the last day of the labor being performed occurring on or about December 8, 2014, the undersigned furnished materials for the construction, renovation or repairing of a building and appurtenances thereto, on a lot of land owned by you, or in which you have an interest, situated at 111 West Putnam Avenue in the Town of Greenwich, County of Fairfield and State of Connecticut, bounded and described in Volume 6171 at Page 222 in the Land Records of the Town of Greenwich, as set forth on the "Schedule A" attachment made a part hereof.

TAKE FURTHER NOTICE THAT THE UNDERSIGNED INTENDS TO CLAIM A MECHANIC'S LIEN THEREFORE on said land, lot or plot of land and building.

Dated at Mount Kisco, New York, this 4th day of March 2015.

KURITZKY GLASS CO., INC.

By: ______________________
David Kuritzky, President

**Tri State Lien, Inc.**
**11 Martine Avenue**
**White Plains, New York 10606**
**(877) 543-6488**

MAR 06 2015
Town Clerk

VOL: 6860 PG: 112
Inst: 1674

# CERTIFICATE OF MECHANIC'S LIEN

THIS IS TO CERTIFY that Kuritzky Glass Co., Inc., as Lien Claimant, in accordance with a certain agreement between Lien Claimant, as Subcontractor/Material Supplier, Franchise Contractors, LLC, as Contractor and 111 WP Greenwich Associates, LLC, as Owners, performed labor for the construction, raising, removal or repair of a building and/or its appurtenances and/or in the improvement of a lot and/or in the site development or subdivision situated at 111 West Putnam Avenue in the Town of Greenwich, County of Fairfield, State of Connecticut, on a lot of land belonging to 11 WP Greenwich Associates, LLC, bounded and described in Volume 6171 at Page 222 in the Land Records of the Town of Greenwich as set forth on the "Schedule A" attachment made a part hereof.

The names of the entity against which this lien is being filed is Franchise Contractors, LLC and 111 WP Greenwich Associates, LLC as their interest may appear on record.

The value of the materials so furnished is Fifty-Seven Six Hundred Seventy-eight and 00/100 ($57,678.00) Dollars, as nearly as the same can be ascertained, which amount, with interest, is now justly due to Lien Claimant from Franchise Contractors, LLC and 111 WP Greenwich Associates, LLC.

The Lien Claimant commenced the furnishing of materials on or about August 29, 2013 and last furnished materials on or about December 8, 2014.

A Notice of Intent to Claim a Mechanic's Lien was or shall be duly served upon Franchise Contractors, LLC and 111 WP Greenwich Associates, LLC.

This Certificate of Lien is made and filed within ninety (90) days after the undersigned ceased to furnish materials and/or render services as described herein.

WHEREFORE, the undersigned claims a lien on said premises and the building and structures therein as security for the payment in full of the aforesaid amount with interest.

IN WITNESS WHEREOF, Lien Claimant has hereunto set its hand by its duly authorized representative.

Dated at Mount Kisco, New York on this 4th day of March 2015.

KURITZKY GLASS CO., INC.

By: [signature]

David Kuritzky, President

**Tri State Lien, Inc.**
**11 Martine Avenue – 15th Floor**
**White Plains, New York 10606**
**(877) 543-6488**

VOL: 6860 PG: 113
Inst: 1674

## VERIFICATION

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

David Kuritzky, being duly sworn, says that deponent is the President of Kuritzky Glass Co., Inc., lien claimant herein, that deponent has read the foregoing Notice of Intent and Certificate of Mechanic's Lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is the President of Kuritzky Glass Co., Inc., which is a limited liability company, and deponent is familiar with the facts and circumstances herein.

The sources of deponent's information and the grounds of deponent's belief as to all matters not therein stated upon deponent's knowledge are as follows: a review of books, records and conversations with employees of Kuritzky Glass Co., Inc., familiar with this matter.

David Kuritzky, President

Sworn to before me this
4th day of March 2015.

Notary Public

MICHELLE CARROLL
Notary Public, State of New York
No. 01CA [illegible]7721
Appointed for Putnam County
Term Expires June 15, ~~199~~ 2018

## ACKNOWLEDGMENT

STATE OF NEW YORK )
)ss.:
COUNTY OF WESTCHESTER )

On March ____, 2015 before me, a Notary Public, personally appeared David Kuritzky, signer and sealer of the foregoing Notice of Intent and Certificate of Mechanic's Lien, who acknowledged himself to be the President of Kuritzky Glass Co., Inc., a New York corporation, and that he, as such, being duly authorized by said company, made solemn oath that the facts stated therein are true, and that the sum Fifty-Seven Six Hundred Seventy-eight and 00/100 ($57,678.00) Dollars, as nearly as the same can be ascertained, with interest, is justly due.

Notary Public

MICHELLE CARROLL
Notary Public, State of New York
No. 01CA[illegible]7721
Appointed for Putnam County
Term Expires June 15, ~~199~~ 2018

## SCHEDULE A TO DEED

## LEGAL DESCRIPTION

Site Number: 3-1829
111 West Putnam Avenue
Greenwich, Connecticut

Situate in the Town of Greenwich, County of Fairfield, State of Connecticut, all that certain tract of land, with the buildings thereon, bounded and described as follows: Beginning a the point formed by the intersection of the westerly line of Dearfield Drive with the northerly line of West Putnam Avenue, and running thence westerly along the northerly line of West Putnam Avenue South 47° 10' West 164.3 feet and South 50° 41' West 38.6 feet, thence along land of the Trust Estate of James Maher North 29° 06' West 151.97 feet, thence through the land now or formerly of Emily G. Walsh, William J. Buckley and Henry B. White, executors of the last will and testament of James F. Walsh North 47° 10' East 212.04 feet to the westerly line of Dearfield Drive, thence southerly along the westerly line of Dearfield Drive South 26° 02' East 156.69 feet to the point of beginning.

Together with all right title and interest in and to Dearfield Avenue (a/k/a Dearfield Drive) and West Putnam Avenue.

**SCHEDULE B TO DEED**

**ENCUMBRANCES**

Easement Agreement dated July 6, 2011 between 111 Putnam Avenue Associates, LLC, as Grantor and Alliance Energy LLC, as Grantee.

Taxes on the List of October 1, 2010; not yet due and payable.

Certificate from the Town of Greenwich Planning and Zoning Board of Appeals recorded December 23, 2002 in Volume 4074 at page 433 of the Greenwich Land Records.

Site Plan Approval Certificate recorded May 29, 2003 in Volume 4264 at page 329 of the Greenwich Land Records.

Site Plan Approval Certificate recorded July 10, 2003 in Volume 4319 at page 303 of the Greenwich Land Records.

Received for Record JUL 08 2011 at 11:08A M. Attest [signature] Town Clerk



RECEIVED FOR RECORD
Mar 06,2015 11:48:29A
CARMELLA C. BUDKINS
TOWN CLERK
GREENWICH, CT