Seibel, J. KY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2016

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>-against-<br><br>ENGINEERED BUILDING PRODUCTS, INC., ASCAPE LANDSCAPE AND CONSTRUCTION CORP., ALL ELECTRIC CONSTRUCTION AND COMMUNICATION, LLC, TRI-STAR BUILDING CORP., AMEC COMMERCIAL, LLC, INNOVATIVE STRUCTURAL GLASS, INC., KURITZKY GLASS CO., INC., CONNECTICUT MASON CONTRACTORS, INC., ZODIAC INDUSTRIES, INC., ITILE GROUP, INC., PREMIUM DECORATING, LLC, ELITE INTERIORS SYSTEMS, INC., BK INTERIORS, INC., ALCAIDE INC., d/b/a A&J CONSTRUCTION, UNITED METALS & GLASS, INC., CONSTRUCTION RESOURCES CORP. OF NEW YORK and FRANCHISE CONTRACTORS, LLC,<br><br>Defendants. | Civil Action No. 7:15-cv-09097-CS |

**CONSENT JUDGMENT**

**WHEREAS**, this action was commenced on November 19, 2015 by the filing of an interpleader complaint by plaintiff JPMorgan Chase Bank, N.A, ("JPMC") in connection with an August 16, 2013 contract between JPMC and Defendant Franchise Contractors, LLC for construction of a bank branch at 111 West Putnam Avenue, Greenwich, Connecticut (the "Greenwich Project"); and

**WHEREAS**, on February 16, 2016, the Court granted JPMC's motion to post an Interpleader Bond in the amount of $780,707.00 (the "stake") in the Registry of the Court and issued a preliminary injunction staying all pending state court actions affecting the stake; and

**WHEREAS**, JPMC filed its Second Amended Interpleader Complaint on March 28, 2016; and

**WHEREAS**, a Default Judgment was entered on April 18, 2016 against Defendants Zodiac Industries, Inc. and Premium Decorating, LLC; and

**WHEREAS**, the parties have stipulated to the voluntary dismissal of Defendant BK Interiors, Inc. pursuant to FRCP 41(a)(1); and

**WHEREAS,** the parties desire to resolve this action without the additional time and cost associated with litigation;

**NOW, THEREFORE**, the parties hereby stipulate and agree, and it is hereby **ORDERED AND ADJUDGED** that:

1. JPMC shall deposit the sum of Six Hundred Thirty-Five Thousand Dollars ($635,000.00) (the "Settlement Stake") in the Registry of the Court;

2. Upon deposit of the Settlement Stake in the Registry of the Court, the Interpleader Bond posted by JPMC shall be void and JPMC shall be discharged from all further liability to Defendants relating to services or material supplied to the Greenwich Project and from any and all claims of liability with respect thereto;

3. The Settlement Stake shall be distributed to the Lienor and Non-Lienor Defendants listed in Exhibit A hereto, in accordance with the amounts and payable as set forth therein;

4. The Court's February 16, 2016 Order staying the actions pending in Superior Court for the State of Connecticut listed in Exhibit B hereto shall be vacated and said actions shall be dismissed with prejudice as to JPMC, as to 111 WP Greenwich Associates, LLC, and, if named as a party, as to Travelers Casualty and Surety Company of America, and as to those three parties Defendants herein are permanently enjoined from instituting any further action or proceeding related to services or materials supplied to the Greenwich Project.

5. The cases listed in Exhibit B instituted by Defendants Connecticut Mason Contractors, Inc., Innovative Structural Glass, Inc., and Tri-Star Building Corporation shall additionally be dismissed with prejudice as to Franchise Contractors, LLC and its principals and these Defendants are permanently enjoined from instituting any further action or proceeding related to services or materials supplied to the Greenwich Project; however, Defendants Engineered Building Products, Inc., Kuritzky Glass Co., Inc., Elite Interiors Systems, Inc., Alcaide, Inc., d/b/a A&J Construction, United Metals & Glass, Inc. and Construction Resources Corp. of New York shall be permitted to pursue claims against Defendant Franchise Contractors, LLC and, to the extent they have any claims, against Franchise Contractors, LLC's principals, and/or anyone else who may be held liable for the diversion of funds intended for the payment of subcontractors in connection with the Greenwich Project.

6. The liens in Exhibit C hereto shall be vacated, and releases for all such liens, or bonds substituting for such liens, shall be filed by the parties who originally filed such liens, with the Greenwich Town Clerk, using the form set forth in Exhibit D.

Dated: September 23, 2016

**SO ORDERED:**

Cathy Seibel

U.S.D.J.

The Clerk shall close the case once it has distributed the Settlement Stake as set forth herein.

**Stipulated and Agreed:**

ALL ELECTRIC CONSTRUCTION AND COMMUNICATION, LLC,
AMEC COMMERCIAL, LLC,
ASCAPE LANDSCAPE AND CONSTRUCTION CORP., and
KURITZKY GLASS CO., INC., by their attorneys,
Welby Brady & Greenblatt, LLP

By: ______________________________
Gregory J. Spaun, Esq.
11 Martine Avenue, Penthouse
White Plains, New York 10606
(914) 428-2100

TRI-STAR BUILDING CORP., by its attorneys,
Ivey Barnum & O'Mara, LLC

By: ______________________________
Stephen Walko, Esq.
170 Mason Street
Greenwich, Connecticut 06830
203-661-6000

CONNECTICUT MASON CONTRACTORS, INC., by its attorneys,
Michelson, Kane, Royster & Barger, PC

By: ______________________________
Paul R Fitzgerald, Esq.
10 Columbus Blvd.
Hartford, Connecticut 06106
860-522-1243

ENGINEERED BUILDING PRODUCTS, INC., by its attorneys,
The Law Office of Charles I. Miller

By: ______________________________
Charles I. Miller, Esq.
West Hartford, Connecticut 06457
860-656-6454

ELITE INTERIOR SYSTEMS, INC., by its attorneys,
Verill Dana LLP

By: ______________________________
Andrew B. Nevas, Esq.
33 Riverside Avenue
P.O. Box 5116
Westport, Connecticut 06881
203-222-0885

**Stipulated and Agreed:**

ALL ELECTRIC CONSTRUCTION AND COMMUNICATION, LLC,
AMEC COMMERCIAL, LLC,
ASCAPE LANDSCAPE AND CONSTRUCTION CORP., and
KURITZKY GLASS CO., INC., by their attorneys,
Welby Brady & Greenblatt, LLP

By: ______________________________
Gregory J. Spaun, Esq
11 Martine Avenue, Penthouse
White Plains, New York 10606
(914) 428-2100

TRI-STAR BUILDING CORP., by its attorneys,
Ivey Barnum & O'Mara, LLC

By: ______________________________
Stephen Walko, Esq.
170 Mason Street
Greenwich, Connecticut 06830
203-661-6000

CONNECTICUT MASON CONTRACTORS, INC., by its attorneys,
Michelson, Kane, Royster & Barger, PC

By: ______________________________
Paul R Fitzgerald, Esq.
10 Columbus Blvd.
Hartford, Connecticut 06106
860-522-1243

ENGINEERED BUILDING PRODUCTS, INC., by its attorneys,
The Law Office of Charles I. Miller

By: ______________________________
Charles I. Miller, Esq.
West Hartford, Connecticut 06457
860-656-6454

ELITE INTERIOR SYSTEMS, INC., by its attorneys,
Verill Dana LLP

By: ______________________________
Andrew B. Nevas, Esq.
33 Riverside Avenue
P.O. Box 5116
Westport, Connecticut 06881
203-222-0885

**Stipulated and Agreed:**

ALL ELECTRIC CONSTRUCTION AND COMMUNICATION, LLC,
AMEC COMMERCIAL, LLC,
ASCAPE LANDSCAPE AND CONSTRUCTION CORP., and
KURITZKY GLASS CO., INC., by their attorneys,
Welby Brady & Greenblatt, LLP

By: ___________________________
Gregory J. Spaun, Esq
11 Martine Avenue, Penthouse
White Plains, New York 10606
(914) 428-2100

TRI-STAR BUILDING CORP., by its attorneys,
Ivey Barnum & O'Mara, LLC

By: ___________________________
Stephen Walko, Esq.
170 Mason Street
Greenwich, Connecticut 06830
203-661-6000

CONNECTICUT MASON CONTRACTORS, INC., by its attorneys,
Michelson, Kane, Royster & Barger, PC

By: Paul Fitzgerald
Paul R Fitzgerald, Esq.
10 Columbus Blvd.
Hartford, Connecticut 06106
860-522-1243

ENGINEERED BUILDING PRODUCTS, INC., by its attorneys,
The Law Office of Charles I. Miller

By: ___________________________
Charles I. Miller, Esq.
West Hartford, Connecticut 06457
860-656-6454

ELITE INTERIOR SYSTEMS, INC., by its attorneys,
Verill Dana LLP

By: ___________________________
Andrew B. Nevas, Esq.
33 Riverside Avenue
P.O. Box 5116
Westport, Connecticut 06881
203-222-0885

**Stipulated and Agreed:**

ALL ELECTRIC CONSTRUCTION AND COMMUNICATION, LLC,
AMEC COMMERCIAL, LLC,
ASCAPE LANDSCAPE AND CONSTRUCTION CORP., and
KURITZKY GLASS CO., INC., by their attorneys,
Welby Brady & Greenblatt, LLP

By: ______________________________
Gregory J. Spaun, Esq
11 Martine Avenue, Penthouse
White Plains, New York 10606
(914) 428-2100

TRI-STAR BUILDING CORP., by its attorneys,
Ivey Barnum & O'Mara, LLC

By: ______________________________
Stephen Walko, Esq.
170 Mason Street
Greenwich, Connecticut 06830
203-661-6000

CONNECTICUT MASON CONTRACTORS, INC., by its attorneys,
Michelson, Kane, Royster & Barger, PC

By: ______________________________
Paul R Fitzgerald, Esq.
10 Columbus Blvd.
Hartford, Connecticut 06106
860-522-1243

ENGINEERED BUILDING PRODUCTS, INC., by its attorneys,
The Law Office of Charles I. Miller

By: ______________________________
Charles I. Miller, Esq.
West Hartford, Connecticut 06457
860-656-6454

ELITE INTERIOR SYSTEMS, INC., by its attorneys,
Verill Dana LLP

By: ______________________________
Andrew B. Nevas, Esq.
33 Riverside Avenue
P.O. Box 5116
Westport, Connecticut 06881
203-222-0885

**Stipulated and Agreed:**

ALL ELECTRIC CONSTRUCTION AND COMMUNICATION, LLC,
AMEC COMMERCIAL, LLC,
ASCAPE LANDSCAPE AND CONSTRUCTION CORP., and
KURITZKY GLASS CO., INC., by their attorneys,
Welby Brady & Greenblatt, LLP

By: ______________________________
Gregory J. Spaun, Esq
11 Martine Avenue, Penthouse
White Plains, New York 10606
(914) 428-2100

TRI-STAR BUILDING CORP., by its attorneys,
Ivey Barnum & O'Mara, LLC

By: ______________________________
Stephen Walko, Esq.
170 Mason Street
Greenwich, Connecticut 06830
203-661-6000

CONNECTICUT MASON CONTRACTORS, INC., by its attorneys,
Michelson, Kane, Royster & Barger, PC

By: ______________________________
Paul R Fitzgerald, Esq.
10 Columbus Blvd.
Hartford, Connecticut 06106
860-522-1243

ENGINEERED BUILDING PRODUCTS, INC., by its attorneys,
The Law Office of Charles I. Miller

By: ______________________________
Charles I. Miller, Esq.
West Hartford, Connecticut 06457
860-656-6454

ELITE INTERIOR SYSTEMS, INC., by its attorneys,
Verill Dana LLP

By: ______________________________
Andrew B. Nevas, Esq.
33 Riverside Avenue
P.O. Box 5116
Westport, Connecticut 06881
203-222-0885

INNOVATIVE STRUCTURAL GLASS, INC., by its attorneys,
Hassett & George, P.C.

By: ______________________
Jared M. Alfin, Esq.
945 Hopmeadow Street
Simsbury, Connecticut 06070
860-651-1333

FRANCHISE CONTRACTORS, LLC, by its attorneys,
Law Offices of Gregory J. Tembeck, P.C.

By: ______________________
Gregory J. Tembeck, Esq.
2500 Westchester Avenue
Purchase, New York 10577
914-313-5290

ALCAIDE, INC. d/b/a A&J CONSTRUCTION, by its attorneys,
The Law Office of Steven R. Kolodziej, LLC

By: ______________________
Steven R. Kolodziej, Esq.
P.O. Box 874
Cheshire, Connecticut 06410
203-804-9378

UNITED METALS & GLASS, INC., by its attorneys,
Ofeck & Heinze, LLP

By: ______________________
Mark F. Heinze, Esq.
85 Main Street, Suite 204
Hackensack, New Jersey 07 601
201-488-9900

CONSTRUCTION RESOURCES CORP. OF NEW YORK, by its attorneys,
Law Office of Marc M. Isaac PLLC

By: ______________________
Marc M. Isaac, Esq.
23 South Main Street, Suite 30
Freeport, New York 11520
516-750-1422

INNOVATIVE STRUCTURAL GLASS, INC., by its attorneys,
Hassett & George, P.C.

By: ____________________________
Jared M. Alfin, Esq.
945 Hopmeadow Street
Simsbury, Connecticut 06070
860-651-1333

FRANCHISE CONTRACTORS, LLC, by its attorneys,
Law Offices of Gregory J. Tembeck, P.C.

By: ____________________________
Gregory J. Tembeck, Esq.
2500 Westchester Avenue
Purchase, New York 10577
914-313-5290

ALCAIDE, INC. d/b/a A&J CONSTRUCTION, by its attorneys,
The Law Office of Steven R. Kolodziej, LLC

By: ____________________________
Steven R. Kolodziej, Esq.
P.O. Box 874
Cheshire, Connecticut 06410
203-804-9378

UNITED METALS & GLASS, INC., by its attorneys,
Ofeck & Heinze, LLP

By: ____________________________
Mark F. Heinze, Esq.
85 Main Street, Suite 204
Hackensack, New Jersey 07 601
201-488-9900

CONSTRUCTION RESOURCES CORP. OF NEW YORK, by its attorneys,
Law Office of Marc M. Isaac PLLC

By: ____________________________
Marc M. Isaac, Esq.
23 South Main Street, Suite 30
Freeport, New York 11520
516-750-1422

INNOVATIVE STRUCTURAL GLASS, INC., by its attorneys,
Hassett & George, P.C.

By: ______________________________
Jared M. Alfin, Esq.
945 Hopmeadow Street
Simsbury, Connecticut 06070
860-651-1333

FRANCHISE CONTRACTORS, LLC, by its attorneys,
Law Offices of Gregory J. Tembeck, P.C.

By: ______________________________
Gregory J. Tembeck, Esq.
2500 Westchester Avenue
Purchase, New York 10577
914-313-5290

ALCAIDE, INC. d/b/a A&J CONSTRUCTION, by its attorneys,
The Law Office of Steven R. Kolodziej, LLC

By: ______________________________
Steven R. Kolodziej, Esq.
P.O. Box 874
Cheshire, Connecticut 06410
203-804-9378

UNITED METALS & GLASS, INC., by its attorneys,
Ofeck & Heinze, LLP

By: ______________________________
Mark F. Heinze, Esq.
85 Main Street, Suite 204
Hackensack, New Jersey 07 601
201-488-9900

CONSTRUCTION RESOURCES CORP. OF NEW YORK, by its attorneys,
Law Office of Marc M. Isaac PLLC

By: ______________________________
Marc M. Isaac, Esq.
23 South Main Street, Suite 30
Freeport, New York 11520
516-750-1422

INNOVATIVE STRUCTURAL GLASS, INC., by its attorneys,
Hassett & George, P.C.

By: ____________________________
Jared M. Alfin, Esq.
945 Hopmeadow Street
Simsbury, Connecticut 06070
860-651-1333

FRANCHISE CONTRACTORS, LLC, by its attorneys,
Law Offices of Gregory J. Tembeck, P.C.

By: ____________________________
Gregory J. Tembeck, Esq.
2500 Westchester Avenue
Purchase, New York 10577
914-313-5290

ALCAIDE, INC. d/b/a A&J CONSTRUCTION, by its attorneys,
The Law Office of Steven R. Kolodziej, LLC

By: ____________________________
Steven R. Kolodziej, Esq.
P.O. Box 874
Cheshire, Connecticut 06410
203-804-9378

UNITED METALS & GLASS, INC., by its attorneys,
Ofeck & Heinze, LLP

By: ____________________________
Mark F. Heinze, Esq.
85 Main Street, Suite 204
Hackensack, New Jersey 07 601
201-488-9900

CONSTRUCTION RESOURCES CORP. OF NEW YORK, by its attorneys,
Law Office of Marc M. Isaac PLLC

By: ____________________________
Marc M. Isaac, Esq.
23 South Main Street, Suite 30
Freeport, New York 11520
516-750-1422

INNOVATIVE STRUCTURAL GLASS, INC., by its attorneys,
Hassett & George, P.C.

By: ____________________________
Jared M. Alfin, Esq.
945 Hopmeadow Street
Simsbury, Connecticut 06070
860-651-1333

FRANCHISE CONTRACTORS, LLC, by its attorneys,
Law Offices of Gregory J. Tembeck, P.C.

By: ____________________________
Gregory J. Tembeck, Esq.
2500 Westchester Avenue
Purchase, New York 10577
914-313-5290

ALCAIDE, INC. d/b/a A&J CONSTRUCTION, by its attorneys,
The Law Office of Steven R. Kolodziej, LLC

By: ____________________________
Steven R. Kolodziej, Esq.
P.O. Box 874
Cheshire, Connecticut 06410
203-804-9378

UNITED METALS & GLASS, INC., by its attorneys,
Ofeck & Heinze, LLP

By: ____________________________
Mark F. Heinze, Esq.
85 Main Street, Suite 204
Hackensack, New Jersey 07 601
201-488-9900

CONSTRUCTION RESOURCES CORP. OF NEW YORK, by its attorneys,
Law Office of Marc M. Isaac, PLLC

By: Marc M. Isaac
Marc M. Isaac, Esq.
23 South Main Street, Suite 30
Freeport, New York 11520
516-750-1422

JPMORGAN CHASE BANK, N.A., by its attorneys,
Satterlee Stephens Burke & Burke LLP

By: ______________________________
Christopher R. Belmonte, Esq.
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

ITILE GROUP, INC., by its attorneys,
George S. Bellantoni, Esq.

By: ______________________________
George S. Bellantoni, Esq.
12 Water Street, Suite 405
White Plains, New York 10601
(914) 428-6602

JPMORGAN CHASE BANK, N.A., by its attorneys,
Satterlee Stephens Burke & Burke LLP

By: ______________________________
Christopher R. Belmonte, Esq.
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

ITILE GROUP, INC., by its attorneys,
George S. Bellantoni, Esq.

By: ______________________________
George S. Bellantoni, Esq.
12 Water Street, Suite 405
White Plains, New York 10601
(914) 428-6602

**EXHIBIT A**

| Total Deposit by Plaintiff | Distribution to Lienors | Shares | Check Payable to: |
|---|---|---|---|
| $635,000.00 | All Electric Construction and Communication, LLC | $52,617.59 | Welby, Brady & Greenblatt, LLP, as attorneys for All Electric Construction and Communication, LLC |
| | AMEC Commerical, LLC | $55,721.61 | Welby, Brady & Greenblatt, LLP, as attorneys for AMEC Commerical, LLC |
| | Ascape Landscape and Construction, LLC | $32,323.13 | Welby, Brady & Greenblatt, LLP, as attorneys for Ascape Landscape and Construction, LLC |
| | Connecticut Mason Contractors, Inc. | $55,406.91 | Connecticut Mason Contractors, Inc. |
| | Elite Interiors Systems, Inc. | $87,902.39 | Elite Interiors Systems, Inc. |
| | Engineered Building Products, Inc. | $95,665.44 | Engineered Building Products, Inc. |
| | Innovative Structural Glass, Inc. | $77,826.80 | Innovative Structural Glass, Inc. |
| | Itile Group, Inc. | $2,116.45 | Itile Group, Inc. |
| | Kuritzky Glass Co., Inc. | $40,690.87 | Welby, Brady & Greenblatt, LLP, as attorneys for Kuritzky Glass Co., Inc. |
| | Tri-Star Building Corp. | $64,728.80 | Tri-Star Building Corp. |
| | Total Distribution to Lienor Defendants | $565,000.00 | |
| | | | |
| | Distribution to Non-Lienors | Shares | |
| | Alcalde Inc., d/b/a A&J Construction | $40,179.13 | Alcalde Inc., d/b/a A&J Construction |
| | Construction Resources Corp. of New York | $10,250.99 | Law Office of Marc M. Isaac PLLC, as attorney for Construction Resources Corp. of New York |
| | United Metal & Glass, Inc. | $19,569.88 | United Metal & Glass, Inc. |
| | Total Distribution to Non-Lienor Defendants | $70,000.00 | |

**EXHIBIT B**

Case List

1. *Alcaide, Inc., d/b/a A&J Construction v. JPMorgan Chase Bank, National Association,* Case No. FST-CV15-6027051S, Connecticut Superior Court, Stamford/Norwalk Judicial District

2. *All Electric Construction & Communication LLC v. JPMorgan Chase Bank, N.A., et al.,* Case No. FST-CV16-6028505-S, Connecticut Superior Court, Stamford/Norwalk Judicial District

3. *AMEC Commercial LLC v. JP Morgan Chase Bank, N.A. et al.,* Case No. Fst-CV16-6026038-S, Connecticut Superior Court, Stamford/Norwalk Judicial District

4. *Connecticut Mason Contractors, Inc. v. JPMorgan Chase Bank, N.A., et al.,* Case No. FST-CV16-6027485-S, Connecticut Superior Court, Stamford/Norwalk Judicial District

5. *Elite Interiors Systems, Inc. v. 111 WP Greenwich Associates LLC and Franchise Contractors LLC,* Case No. FST-CV15-6025878-S, Connecticut Superior Court, Stamford/Norwalk Judicial District

6. *Innovative Structural Glass, Inc. v. JPMorgan Chase Bank, N.A. et al.,* Case No. FST-CV15-6025697-S, Connecticut Superior Court, Stamford/Norwalk Judicial District

7. *Kuritzky Glass Co., Inc. v. Franchise Contractors, LLC and Travelers Casualty and Surety Company of America,* Case No. FST-CV15-6026694-S, Connecticut Superior Court, Stamford/Norwalk Judicial District

8. *Tri-Star Building Corp. v. JPMorgan Chase Bank, National Association et al.,* Case No. FST-CV15-6026242-S, Connecticut Superior Court, Stamford/Norwalk Judicial District

9. *Engineered Building Products, Inc. v. JPMorgan Chase Bank, National Association, et al.,* Case No. To Be Assigned, Connecticut Superior Court, Stamford/Norwalk Judicial District[1]

[1] TRO obtained by JPMC barred filing of complaint.

## EXHIBIT C

Liens Filed Against Greenwich Property

| | |
|---|---|
| Lienor: | All Electric Construction & Communication, LLC |
| Lien Amount: | $74,538.75 |
| Date Filed: | April 29, 2015 |
| Bond Issued: | July 1, 2015 |

| | |
|---|---|
| Lienor: | AMEC Commercial LLC |
| Lien Amount: | $78,983.60 |
| Date Filed: | January 12, 2015 |
| Bonded by Court Order: | June 8, 2015 |

| | |
|---|---|
| Lienor: | Ascape Landscape & Construction Corp. |
| Lien Amount: | $45,817.00 |
| Date Filed: | April 28, 2015 |
| Bond Issued: | April 11, 2016 |

| | |
|---|---|
| Lienor: | Connecticut Mason Contractors, Inc. |
| Lien Amount: | $78,537.52 |
| Date Filed: | March 2, 2015 |
| Bonded by Court Order: | July 27, 2015 |

| | |
|---|---|
| Lienor: | Elite Interiors Systems Inc. |
| Lien Amount: | $124,598.82 |
| Date Filed: | June 9, 2015 |
| Bonded by Consent: | July 27, 2015 |

| | |
|---|---|
| Lienor: | Engineered Building Products |
| Lien Amount: | $135,602.70 |
| Date Filed: | March 2, 2015 |
| Bonded by Consent: | December 1, 2015 |

| | |
|---|---|
| Lienor: | Innovative Structural Glass, Inc. |
| Lien Amount: | $110,317.00 |
| Date Filed: | November 13, 2014 |
| Bonded by Court Order: | June 8, 2015 |

| | |
|---|---|
| Lienor: | Itile Group |
| Lien Amount: | $3000.00 |
| Date Filed: | April 24, 2015 |
| Bonded by Court Order: | July 27, 2015 |
| | |
| Lienor: | Kuritzky Glass Co., Inc. |
| Lien Amount: | $57,678.00 |
| Date Filed: | March 6, 2015 |
| Bonded by Court Order: | July 27, 2015 |
| | |
| Lienor: | Premium Decorating, LLC |
| Lien Amount: | $12,830.00 |
| Date Filed: | May 8, 2015 |
| Bond Issued: | July 1, 2015 |
| Discharged by Court Order: | April 18, 2016 |
| | |
| Lienor: | Tri-Star Building Corp. |
| Lien Amount: | $91,751.00 |
| Date Filed: | January 7, 2014 |
| Bonded by Court Order: | June 1, 2015 |
| | |
| Lienor: | Zodiac Industries, Inc. |
| Lien Amount: | $17,889.21 |
| Date Filed: | April 22, 2015 |
| Bonded by Court Order: | July 27, 2015 |
| Discharged by Court Order: | April 18, 2016 |

**EXHIBIT D**

Release of Mechanic's Lien/ Bond Substituted for Mechanic's Lien

Know all Men by these Presents, that ___________ of ___________ in the county of _____________ and state of ___________ do hereby release and discharge a certain mechanic's lien from _____________ to _______________ dated________, 20___, and recorded in the records of the town of __________ in the county of ________ and state of Connecticut, in book ____ at page _____.

In Witness Whereof __________ have hereunto set _____ hand and seal, this _____ day of ______, 2016.

Signed, sealed and delivered
in the presence of

_____________________
Notary Public